# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bhupinder Jit Singh Sihota, et al., | No. CV-23-00516-TUC-SHR |
| Plaintiffs, | **Order Granting Stipulation to Dismiss** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

Having reviewed the parties' Stipulation to Dismiss (the "Stipulation") (Doc. 15) and good cause shown,

**IT IS ORDERED** the parties' stipulation (Doc. 15) is **GRANTED**.  This case is dismissed with prejudice, all parties to bear their own fees and costs.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to close this action.

Dated this 21st day of March, 2024.

Honorable Scott H. Rash
United States District Judge